IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| FRANCES WALL, | * |
| Plaintiff, | * |
| v. | Case No. 1:20-CV-151 (LAG) |
| | * |
| WALMART, INC., et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 13, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 13th day of September, 2023.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk